IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF BLUE SKYE FINANCIAL PARTNERS S.À R.L. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE EXPEDITED DISCOVERY | ) ) ) Case No. 1:22-mc-00171 ) ) ) ) |

## SUPPLEMENTAL DECLARATION OF FABIO TREVISAN

I, Fabio Trevisan, declare as follows:

1. I am a licensed attorney in Luxembourg and partner at Bonn Steichen & Partners S.C.S ("**BSP**"), a law firm in Luxembourg. I have served as the counsel for Blue Skye Financial Partners S.a. r.l. ("**Blue Skye**") since 2022.

2. I submit this supplemental declaration in support of Blue Skye's Application for an order under 28 U.S.C. § 1782 to take discovery from Elliott Management Corporation ("**Elliott**") and RedBird Capital Partners ("**RedBird**").

3. I have personal knowledge of the information set forth in this declaration based on my representation of Blue Skye, my review of documents pertaining to this matter, my own communications and interactions with Blue Skye, and Blue Skye's investigation of this matter. The exhibits attached hereto are true and correct copies of the original documents.

4. Blue Skye, through BSP, has now also commenced the fraud action referenced in my previous Declaration, (ECF Doc. 4, ¶¶ 3, 15-18), in the District Court of and in Luxembourg and initiated service of process on the named parties by a bailiffs summons dated June 27, 2022 ("**Fraud Action**"). *See* **Fraud Action**, attached hereto with an English translation as Exhibit A.

5. As previously set forth, the Fraud Action seeks to annul the purported sale of Associazione Calcio Milano S.p.A, the Italian football club AC Milan ("**AC Milan**"), to RedBird,

as such purported sale will damage Blue Skye, which was deliberately excluded from all negotiations, talks, resolutions, contracts entertained between Red Bird and AC Milan's indirect majority owner Elliott, for the purpose of advantaging Elliott.

6.   Through the Fraud Action, Blue Skye will demonstrate that Elliott operated with malice or deceit by (1) releasing confidential information for due diligence without advising all the managers of AC Milan's approximately 99.93% owner Rossoneri Sport Investment Luxembourg S.à r.l. ("**Rossoneri Sport**"); (2) holding improper "behind closed door" negotiations for the sale of AC Milan to Blue Skye's detriment; (3) failing to use a proper bidding process that would have maximized value so that Elliott could benefit itself; (4) improperly removing Blue Skye's Giovanni Caslini from the board of Rossoneri Sport to push through the improper sale; (5) ignoring and violating a unanimous manager vote requirement of the Articles of Association of Project Redblack S.à. r.l. ("**Project Redblack**") when waiving Rossoneri Sport's first-ranking pledge ("**Pledge**") of its AC Milan shares to Project Redblack, an entity that is partially owned and managed by Blue Skye, serves as the sole parent of Rossnoeri Sport, and financed Rossoneri Sport's acquisition of AC Milan; and (6) abusing the power of the Project Redblack managers.

7.   The parties named in the Fraud Action are the same as set forth in my initial declaration. (ECF Doc. 4, ¶ 16). As previously noted, Elliott and RedBird are not parties in the Fraud Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2022.

_____
Fabio Trevisan