UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*EX PARTE* APPLICATION OF BLUE SKYE FINANCIAL PARTNERS S.A.R.L. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE EXPEDITED DISCOVERY,<br><br>BLUE SKYE FINANCIAL PARTNERS S.A.R.L.,<br><br>                              Applicant. | 22 Misc. 171 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court will hold oral argument on the pending motions to quash filed by RedBird Capital Partners LLC (Dkt. #20) and Elliott Management Corporation (Dkt. #26) on **August 18, 2022, at 10:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

   SO ORDERED.

Dated:  August 11, 2022
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge