UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*EX PARTE* APPLICATION OF BLUE SKYE FINANCIAL PARTNERS S.A.R.L. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE EXPEDITED DISCOVERY,<br><br>BLUE SKYE FINANCIAL PARTNERS S.A.R.L.,<br><br>       Applicant. | 22 Misc. 171 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for a telephonic conference at 2:30 p.m. on **May 17, 2023** at which the Court will issue its oral decision on Respondents' motions to quash. To access the conference, the parties are to call (888) 363-4749 and enter access code 5123533. Please note that the conference line will not be available until 2:30 p.m.

  SO ORDERED.

Dated: May 1, 2023
     New York, New York

                    *Katherine Polk Failla*
                    KATHERINE POLK FAILLA
                    United States District Judge