UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*EX PARTE* APPLICATION OF BLUE SKYE FINANCIAL PARTNERS S.A.R.L. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE EXPEDITED DISCOVERY,<br><br>BLUE SKYE FINANCIAL PARTNERS S.A.R.L.,<br><br>                    Applicant. | 22 Misc. 171 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record at today's conference, Redbird Capital Partners LLC's motion to quash is GRANTED and its request for cost-shifting is DENIED as moot, and Elliott Management Corporation's motion to quash is GRANTED IN PART and DENIED IN PART. On or before **June 16, 2023**, Elliott Management Corporation shall produce to Petitioner all responsive records in the possession, custody, or control of its two New York-based employees who had some connection to the AC Milan transaction.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: May 17, 2023
        New York, New York

                                                                KATHERINE POLK FAILLA
                                                              United States District Judge