June 25, 2024

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *In re Blue Skye Financial Partners S.à r.l.*, No. 1:22-mc-00171-KPF (S.D.N.Y.)

Dear Judge Failla,

      The parties respectfully submit this joint request for a brief extension of the Court's June 25, 2024 deadline to submit a proposed amended version of the protective order consistent with the terms of the Court's Order entered on June 12, 2024 (Dkt. 98). This is the parties' first request for an extension to submit a proposed amended protective order. On June 21, counsel for Blue Skye sent a proposed modification to the protective order to and spoke with counsel for Elliott Management Corporation ("EMC"). Counsel for EMC provided proposed revisions to the protective order to counsel for Blue Skye on June 24. To permit the parties to confer with their respective clients and colleagues in Luxembourg, the parties request an additional week, until July 3, 2024, to submit a proposed amended version of the protective order.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Ditchfield* | _____ |
| Andrew Ditchfield | Vincent Levy |
| Matthew Cormack | Kevin Benish |
| Luca Marzorati | HOLWELL SHUSTER & GOLDBERG LLP |
| DAVIS POLK & WARDWELL LLP | 425 Lexington Avenue |
| 450 Lexington Avenue | New York, NY 10017 |
| New York, NY 10017 | (646) 837-5151 |
| (212) 450-3009 | vlevy@hsgllp.com |
| andrew.ditchfield@davispolk.com | kbenish@hsgllp.com |
| matthew.cormack@davispolk.com | |
| luca.marzorati@davispolk.com | |
| | |
| *Counsel for Respondent Elliott Management Corporation* | *Counsel for Petitioner Blue Skye Financial Partners S.à r.l.* |

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion
at docket entry 99.

                                    SO ORDERED.
Dated:   June 25, 2024
         New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE