# EXHIBIT B

**HOLWELL SHUSTER & GOLDBERG LLP**

*425 Lexington Avenue*
*New York, New York  10017*
*Tel:  (646) 837-5151*
*www.hsgllp.com*

*Kevin D. Benish*
*(646) 837-8349*
*kbenish@hsgllp.com*

April 14, 2025

<u>VIA EMAIL</u>

Matthew Cormack
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

   Re: *In re Blue Skye Financial Partners S.à r.l.*, No. 1:22-mc-00171-KPF (S.D.N.Y.)

Dear Matt,

  I hope this letter finds you well.  As counsel to Blue Skye Financial Partners S.à r.l. ("Blue Skye") in the referenced proceeding, I am writing with regard to certain discovery produced by Elliott Management Corporation ("EMC") that has been marked "Highly Confidential" or "Confidential" pursuant to the Second Amended Protective Order between the parties.  Dkt. 102 ("Second APO").

  Previously, you have encouraged Blue Skye to identify specific documents or communications that it may wish to use in aid of a Transaction-Related Proceeding (Second APO § I.X), and stated that "there may be documents for which we would be willing to reconsider confidentiality designations, perhaps with redactions."  Email from M. Cormack to K. Benish et al., dated April 19, 2024.  At this time, we direct your attention to documents that begin with the following Bates Numbers:

- EMC-BS-00000078
- EMC-BS-00000233
- EMC-BS-00000316
- EMC-BS-00000352
- EMC-BS-00000385
- EMC-BS-00000599
- EMC-BS-00000604
- EMC-BS-00000689
- EMC-BS-00001197
- EMC-BS-00001202
- EMC-BS-00001710

1

- EMC-BS-00001721
- EMC-BS-00003020
- EMC-BS-00003718
- EMC-BS-00004123
- EMC-BS-00004138
- EMC-BS-00004153
- EMC-BS-00004617
- EMC-BS-00030535
- EMC-BS-00031149
- EMC-BS-00033704
- EMC-BS-00033710
- EMC-BS-00033833
- EMC-BS-00042017
- EMC-BS-00042082

As you know, any "Highly Confidential" or "Confidential" designation is subject to the "good faith" standard under Federal Rule 26(c). *See* Second APO §§ I.J, II.A, II.B. We do not see any basis for designating any of these documents as either Confidential or Highly Confidential.

Given that it is EMC's burden to justify these restrictive designations, *In re Parmalat Sec. Litig.*, 258 F.R.D. 236, 243 (S.D.N.Y. 2009), we ask that you (1) agree to de-designate these documents under the Second APO, or (2) provide your specific justifications for designating each of these documents as Protected Material.

If you would like to meet and confer regarding this matter, please let us know. We understand that there are submissions in Luxembourg due to be filed next month, so we ask that you respond to this letter no later than **April 25, 2025**, which should be ample time for you and your clients to consider our limited de-designation requests.

                    Sincerely,

                    /s/ *Kevin D. Benish*