# EXHIBIT C

**Davis Polk**

Matthew Cormack
+1 212 450 3161
matthew.cormack@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

September 19, 2025

Re: *In re Application of Blue Skye Financial Partners S.À R.L.*, No. 1:22-mc-00071-KPF (S.D.N.Y.)

Kevin Benish
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017

Dear Mr. Benish:

We are transmitting via ClientShare a production volume entitled EMC-BS-OVERLAY-003, containing de-designated versions of the documents discussed in our recent email correspondence.  *See* Sep. 10, 2025 Email from L. Marzorati to K. Benish.

These documents were originally provided to you in response to Blue Skye's June 27, 2022 application to take discovery from Elliott Management Corporation ("EMC") as modified by the Court's May 17, 2023 Order granting in part and denying in part EMC's motion to quash.  The password for this production is as follows: 9R&d3thi*h#di=l4l0

The documents contained in this production are being produced subject to the Amended Stipulated Protective Order entered on February 15, 2024, and are still subject to the protections therein.  (Dkt. No. 87.)  In providing this production, EMC does not intend to waive, and is not waiving, any objections to the subpoena attached to Blue Skye's June 27, 2022 application.  (*See, e.g.*, Dkt. No. 27.)

Very truly yours,

*/s/ Matthew Cormack*

Matthew Cormack