UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>*EX PARTE* APPLICATION OF BLUE SKYE FINANCIAL PARTNERS S.A.R.L. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE EXPEDITED DISCOVERY,<br><br>BLUE SKYE FINANCIAL PARTNERS S.A.R.L.,<br><br>Applicant. | 22 Misc. 171 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received Elliott Management Corporation's request for a pre-motion conference to seek sanctions (Dkt. #103) as well as Blue Skye Financial Partners S.A.R.L.'s response (Dkt. #106). The parties are ORDERED to appear for a pre-motion conference on **January 15, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

In addition, the Court chooses to proceed cautiously and GRANTS Blue Skye Financial Partners S.A.R.L.'s motion to seal Exhibit A to its response. (Dkt. #104). The Court notes that Elliott Management Corporation has not responded to that motion. At some point, Elliott Management Corporation must justify the need for continued sealing.

The Clerk of Court is directed to accept the sealed Exhibit filed on the docket (Dkt. #105-1). The Clerk of Court is further directed to terminate the pending motions at docket entries 103 and 104.

SO ORDERED.

Dated:   December 5, 2025
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

2